# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| HERBERT HALSEY, et al., ) | CASE NO. 1:07CV2375 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| NORFOLK SOUTHERN RAILWAY CO., ) | |
| et al., ) | |
| Defendant(s). ) | **J U D G M E N T** |

      The Court has filed its Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

      IT IS SO ORDERED.

      S/Christopher A. Boyko
      HONORABLE CHRISTOPHER A. BOYKO
      UNITED STATES DISTRICT JUDGE

April 4, 2008